**Order entered June 16, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00519-CV

**RUSSELL ELRICH JULIAN, Appellant**

**V.**

**QIN GU, Appellee**

**On Appeal from the County Court at Law No. 3
Collin County, Texas
Trial Court Cause No. 003-00976-2022**

## ORDER

Before the Court are appellee's June 13, 2022 motion for an extension of time to respond to appellant's emergency motion to stay trial court's judgment and June 15, 2022 motion for substitution of counsel. We **GRANT** the motions. We **DIRECT** the Clerk of the Court to remove James N. Apostle as counsel for appellee and substitute Ty J. Jones in his place. We **ORDER** the response be filed no later than June 22, 2022.

/s/     DAVID J. SCHENCK
JUSTICE